UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6072
18 U.S.C. §1030(a)(2)(A)



CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| RENE MENDOZA, | ) |
| Defendant. | ) |

### INFORMATION

The United States Attorney charges that:

### COUNT I

On or about September 12, 1997, at Broward County, in the Southern District of Florida, the defendant,

RENE MENDOZA,

willfully, knowingly, and intentionally accessed a computer without authorization and exceeded authorized access, and thereby obtained information contained in a financial record, that is, information pertaining to a certificate of deposit account in the name of William Doria, of a financial institution whose accounts were insured by the Federal Deposit Insurance Corporation, that is, First



Union National Bank of Florida, the value of said information being in excess of $5,000.00.

All in violation of Title 18, United States Code, Section 1030(a)(2)(A).

---

THOMAS E. SCOTT
UNITED STATES ATTORNEY

*/s/ Robin S. Rosenbaum*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORI

UNITED STATES OF AMERICA                CASE NO. _____

v.                                                 **CERTIFICATE OF TRIAL ATTORNEY***

**RENE MENDOZA**                          Superseding Case Information:

**Court Division**: (Select One)

| | | |
|---|---|---|
| ___ Miami | ___ Key West | New Defendant(s)   ___ Yes ___ No |
| _X_ FTL | ___ WPB   ___ FTP | Number of New Defendants ___ |
| | | Total number of counts ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    _No_
   List language and/or dialect _____

4. This case will take    _0_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | | Petty | ___ |
   | II | 6 to 10 days | ___ | | Minor | ___ |
   | III | 11 to 20 days | ___ | | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | | Felony | _X_ |
   | V | 61 days and over | ___ | | | |

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No)   _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

*signature*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                                        REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant Name:**   Rene Mendoza          **Case No.:** _____

==================================    ================================================

Count #1:

Unauthorized computer access to financial record of a financial institution, in violation of 18:1030(a)(2)(A)

**Max. Penalty:**  5 years' imprisonment and $250,000.00 fine
========================================================================
Count #:

**Max. Penalty:**
========================================================================
Count #

**Max. Penalty:**
========================================================================
Count #:

**Max. Penalty:**
========================================================================
Count #:

**Max. Penalty:**
========================================================================

========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.