```
FILED by _____ D.C.
OCT 0 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6072-CR-ZLOCH

UNITED STATES OF AMERICA

v.

**MINUTE ORDER**

RENE MENDOZA

---

On April 28, 2000, defendant was transferred to fugitive status.

Now that the defendant has been seen in this district, this defendant presently lodged in fugitive status are hereby returned to the active calendar of the Honorable William J. Zloch for further proceedings.

DATED: 10/4/00

CLARENCE MADDOX, CLERK

BY: _____
    Carline T. Newby
    Deputy Clerk