# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

RENE MENDOZA

## WARRANT FOR ARREST

CASE NUMBER: 00-6072-CR-Z/och (S)

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **RENE MENDOZA** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully making and causing to be made a false statement as to a material fact, for the purpose of influencing the action of a federally insured financial institution to approve a loan

in violation of Title __18__ United States Code, Section(s) __1014 and 2__

CLARENCE MADDOX
Name of Issuing Officer

*(signed)* Jenny Butler
Signature of Issuing Officer

Bail fixed at Pre-trial detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

May 25, 2000, Fort Lauderdale, Florida
Date and Location

by *(signed)* Lurana S. Snow
United States Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL |||
| DATE RECEIVED 05/25/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, USM | SIGNATURE OF ARRESTING OFFICER Ed Purchase, SDUSM |
| DATE OF ARREST 09/29/2000 | | |