-cr-06072-WILT Document 11 Entered on FLSD Docket 10/06/2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff

    v.

Rene Mendoza

    Defendant

CASE NO. 00-6012-CR-Zloch (s)

REPORT COMMENCING CRIMINAL ACTION

66391-004

TO: CLERK'S OFFICE
    U.S. DISTRICT COURT
    All items indicated are to be completed.  Information not applicable or unknown will
    be indicated as "N/A".

FILED by _____ D.C.
MAG. SEC.

OCT - 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

1. Date and time of arrest: 9/27/2000    6:00 AM

2. Spoken language: English

3. Offense(s) charged: Loan Fraud

4. U.S. Citizen [ ] YES  [X] NO  [ ] UNKNOWN

5. Date of birth: 1/9/72

6. Type of charging document: (Check One)
    [X] INDICTMENT  [ ] COMPLAINT TO BE FILED/ALREADY FILED

    CASE NO._____  CASE NO._____

    DISTRICT:_____ (Where warrant or complaint is filed.)

    [ ] BENCH WARRANT FOR FAILURE TO APPEAR

    [ ] PROBATION VIOLATION WARRANT

    [ ] PAROLE VIOLATION WARRANT

    COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [ ] YES  [ ] NO

    AMOUNT OF BOND._____

    WHO SET BOND._____

7. REMARKS:_____

8. DATE: 9/27/000

9. M. Cathurios Kurtz
ARRESTING OFFICER

10. AGENCY: FBI

11. (305)944-9101
PHONE NO.