UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6072-CR-Zloch (s)

UNITED STATES OF AMERICA

    Plaintiff,

v.

RENE MENDOZA

    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language ENGLISH
Tape No. 00FX- 118-1406
AUSA  Bill Bryan
Agent  FBI/M.CATHERINE KOINZ
(305) 944-9101
DOB : 01/09/72     # 66391-004

The above-named defendant having been arrested on __09/27/00__ having appeared before the court for initial appearance on __09/28/00__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. __AFPD__ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

FILED D.C.
MAG. SEC.
OCT - 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____ 10:30 in Ft. Laud, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for ~~10am~~ 10/3 , 2000.
5. ~~The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)~~ because Govt req'd  10:30 in Ft Laud.
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for ~~10am~~ _____ , 2000.
6. ~~The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:~~
   S/C w/ CTA pymt 11/21/00 @ 10am in Miami
   before Judge Simonton
   bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   __a. Surrender all passports and travel document to the Pretrial Services Office.
   __b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
   c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
   __d. Maintain or actively seek full time gainful employment.
   __e. Maintain or begin an educational program.
   __f. Avoid all contact with victims of or witnesses to the crimes charged.
   __g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
   __h. Comply with the following curfew: _____
   __I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

/2

RENE MENDOZA

___j. Comply with the following additional special conditions of this bond:

_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and    revocation of release and to various civil and criminal sanctions for any violation of those         conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond    itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this _28TH_ day of _SEPTEMBER_, 2000.

*[signature]*
ANDREA M. SIMONTON
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
Defendant
Counsel
U.S. Marshal
Pretrial Services/Probation