UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6072-CR-Zloch (s),

UNITED STATES OF AMERICA

vs

Rene Mendoza

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on ___10-3-00___ , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:               Address:_____ In Custody _____

                         _____

                         Telephone:_____

DEFENSE COUNSEL:         Name:_____ FPD _____

                         Address:_____

                         _____

                         Telephone:_____

BOND SET/CONTINUED:   $_ tent set at $250,000 COrp. Surety w/ nebbia-both
              sides reserving right to proceed with PTD hearing at a later date

Bond hearing held:  yes_____  no_XXX_ Bond hearing set for_____

Dated this___3_____day of _October_____, 20_00_.

                         CLARENCE MADDOX, CLERK OF THE COURT,

                         By:_____

                            Deputy Clerk

                         Tape No._ 00-076 _____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services