ko.
relief-statcnfddl.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00 6072 C1

Zloch(S)

UNITED STATES OF AMERICA,
          Plaintiff,
vs.

Rene Mendiza
          Defendant.

FILED by ___ D.C.
MAG. SEC.

OCT - 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

This Cause having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

**ORDERED AND ADJUDGED** that the above named Defendant shall pay the sum of $500.00 on or before 10/31/00 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate. 18 U.S.C. Section 3006A(c). It is further **ORDERED** that a status conference on reimbursement will be held on 11/21/00 at 10:00 a.m. ~~p.m.~~ IN MIAMI

DONE AND ORDERED at Miami, Florida, this 28th day of           ,
~~1999.~~ 2000

TAPE NO. 99FX 118 1406

c:AUSA
  Defense Counsel
  Financial Section
  Pretrial Services
  FDC-Kelly Tirik
  U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

14