DEPT: Rene Mendoza (J)#

CASE NO: 00-6072-CR-Zloch (s)

AUSA: Robin Rosenbaum *present*.

ATTNY: ~~SPA~~ FPD Sam Smargon

AGENT: _____

VIOL: _____

PROCEEDING: PTD Hearing/Arraignment

BOND REC: _____

BOND HEARING HELD - yes/no

COUNSEL APPOINTED: _____

____ BOND SET @ ____ $250,000 Corp Surety w/ nebbia

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

12) ____ Halfway House
____ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery O. for requested

*No Bond hrg held -
Both sides stipulate
to a $250,000 CSB
W/ nebbia - both sides
Reserving right to
proceed w/ a PTD
hrg at a later date.*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 10-18-00 | 11:00am | LSS- |

DATE: 10-3-00    TIME: 10:00am    12:45pm    TAPE # 00- 676    1669-1780    PG #

17