FILED by D.C.
OCT 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __RENE MENDOZA_____ CASE NO: __00-6072-CR-ZLOCH (s)__
AUSA __ROBIN ROSENBAUM__; Kay_____ ATTY __FPD__ _desube for Hunt_
Disc out today                                    00-052
Possible plea    M/due 11-3                       C2822

DEFT __ELIZABETH MAXIME_____ CASE NO: __00-6175-CR-ZLOCH (s)__
AUSA __BERTHA MITRANI__ -pres_____ ATTY __ANA JOHNES, ESQ.__ -pres
Disc out.
Trial date Dec 1                                  C2880
DEFT __M/due 11-3_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE____OCTOBER 18, 2000_____ TIME_____11:00 A.M._____