UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6072-CR-ZLOCH(s)

UNITED STATES OF AMERICA,          :

    Plaintiff,          :

v.                                 :

RENE MENDOZA,                      :

    Defendant.          :
_____

**STATUS REPORT**

    A status conference was held in this cause on October 18, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery was sent on the date of the status conference.

    2. Counsel for the defendant shall have until November 3, 2000, within which to file pretrial motions.

    3. This case likely will be resolved by way of a plea.

    DATED at Fort Lauderdale, Florida, this _____ day of October, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Robin Rosenbaum (FTL)
AFPD Patrick Hunt (FTL)

