

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 99-6072-CR-ZLOCH
    00

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RENE MENDOZA, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL

The United States hereby files this motion for continuance of trial in the above-referenced case. In support of this motion, the United States states as follows:

1. Defendant was indicted in this case on May 25, 2000, and initially appeared in Court on September 28. Therefore, the speedy trial clock was triggered on September 28, 2000. 18 U.S.C. 3161(c)(1). Since that date, the government has determined that, as of October 23, 2000, twenty-three days of non-excludable time have elapsed.[1] There are no pending motions; therefore, trial must

---

[1] Defendant was arraigned on October 3, 2000. Additionally, a status conference was held in this case on October 18, 2000. Both of these dates therefore constitute excludable time.



**NON-COMPLIANCE OF S.D. fla. L.R. 21 A4.**



commence on or before December 11, 2000.

2. The Court has scheduled the above-referenced case for the trial period beginning on November 20, 2000, with a calendar call set for November 17, 2000.

3. FBI Special Agent Susan Sprengel, the agent assigned to this case and a necessary witness at trial (Agent Sprengel took the defendant's confession), has purchased non-refundable prepaid tickets for a vacation from November 18 through November 26, 2000.

4. Additionally, undersigned counsel for the United States has purchased non-refundable prepaid tickets for a vacation from November 18 through November 25, 2000.

5. Counsel for the United States has consulted with counsel for the defendant in this case, and he does not object to the motion of the United States for a continuance.

For the foregoing reasons, the United States respectfully requests that the Court continue the trial in this case until after November 26, 2000.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
Robin S. Rosenbaum
Assistant U.S. Attorney
Fla. Bar No. 908223
500 E. Broward Blvd.
Suite 700
Fort Lauderdale, FL 33394
Tel: (954)356-7255 ext. 3595
Fax: (954)356-7336

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by inter-office mail on October 23rd, 2000, to Patrick Hunt, Esq., Federal Public Defender's Office, 101 N.E. 3rd Avenue, Suite 202, Fort Lauderdale, Florida 33301.

Robin S. Rosenbaum
Assistant United States Attorney