UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6072-CR-ZLOCH

FILED by _____ D.C.

NOV 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                                    NOTICE

RENE MENDOZA

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                           COURTROOM A
299 E. BROWARD BLVD.             DATE & TIME:
FT. LAUDERDALE, FL 33301         December 15, 2000 at 10:30 AM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL
ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: November 20, 2000

cc:
Robin Rosenbaum, Esq., AUSA
Patrick Hunt, Esq., AFPD