UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DEC 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER CO-6072-Cr-Zloch  DATE 12-15-00

CLERK Carline Newby  REPORTER Carl Schanzleh

PROBATION _____  INTERPRETER _____

UNITED STATES OF AMERICA v. Rene Mendoza

U. S. ATTORNEY Kathleen Rice  DEFT COUNSEL Pat Hunt for Robin Rosenbaum

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea + adjudged deft guilty to Count 1

CASE CONTINUED TO 2-26-01  TIME 11:00  FOR Sentencing

MISC Written Plea Agreement

24