FILED by _____ D.C.
FEB 2 0 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6072-CR-ZLOCH

UNITED STATES OF AMERICA

    V.                              NOTICE

RENE MENDOZA

**TYPE OF CASE**                CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**                            COURTROOM A
299 E. BROWARD BLVD.       DATE & TIME:
FT. LAUDERDALE, Fl, 33301  March 16, 2001, at 10:30 AM

**SENTENCING - RESET BY COURT**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: February 20, 2001

cc:
Robin Rosenbaum, Esq., AUSA
Patrick Hunt, Esq., AFPD
Probation