UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

MAR 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6072-CR-Z/och   DATE 3-16-01
CLERK Carlos Newby   REPORTER Carl Schenzel
PROBATION Frances Weisberg   INTERPRETER

UNITED STATES OF AMERICA  V.  Rene Mendoza

U. S. ATTORNEY Robin Rosenbaum   DEFT COUNSEL Patrick Hunt

DEFENDANT:  PRESENT   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING  Sentencing

RESULT OF HEARING Deft's mtn for downward departure
(gout agrees) granted - Court accepts
agreement between Govt & Defense, Ct/-5 months
custody of BOP - 5 yrs supervised
JUDGMENT Release - Spec Conds - Participate
in Home Detention Program for
150 days - (see Jac) - Provide full
financial disclosure; Not move further

CASE CONTINUED TO   TIME   FOR
debt (see Jac) - $79,716.58 Restitution
MISC $100 assessment -

28