# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| RENE MENDOZA | Case Number: 00-6072-CR-ZLOCH |
| | Counsel For Defendant: PATRICK HUNT, ESQ., AFPD |
| | Counsel For The United States: ROBIN ROSENBAUM, ESQ., AUSA |
| | Court Reporter: Carl Schanzleh |

**THE DEFENDANT:**

☒ pleaded guilty to count one

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18:1014 making a false statement on a loan application | | 8/97 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Counts remaining are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 1/9/72
Defendant's USM Number: 66391-004

Defendant's Residence Address:
829 E. PALM RUN DRIVE

NORTH LAUDERDALE, FL 33068

Defendant's Mailing Address:
829 E. PALM RUN DRIVE

NORTH LAUDERDALE, FL 33068

3/16/01
Date of Imposition of Judgment

*Signature of Judicial Officer*

**William J. Zloch**
Chief U.S. District Court Judge

Date: 3/16/01



...ther action required by
Marshals Service.

James A. Tresore
...TATES MARSHAL

Ed Purchase
SDUSM