UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6072-CR-ZLOCH

UNITED STATES OF AMERICA, :

    Plaintiff, :

    v. :

RENE MENDOZA, :

    Defendant. :

_____ :

**UNOPPOSED MOTION FOR ADJUSTMENT OF RESTITUTION AMOUNT**

Defendant, Rene Mendoza, through counsel, respectfully moves for an adjustment in his Court ordered restitution amount to reflect subsequent payments made by the borrowers on the defaulted loans, and in support states as follows:

1. On March 16, 2001, this Court sentenced Rene Mendoza to a five month period of incarceration, to be followed by a five year term of supervised release (including five months of home confinement), for his conviction of making a false statement on a loan application. Mr. Mendoza has completed his incarceration, and is now serving his term of supervised release.

2. At the time of his offense, Mr. Mendoza was a customer sales specialist at First Union. He submitted false information on behalf of several customers in order to get approval for loans to customers with insufficient security. He did not receive any compensation for this, but it helped him to meet his quotas. Of the eight loans obtained in this manner, five were paid in full by the borrowers.



3. As a part of his sentence, Mr. Mendoza was ordered to pay a total of $79,716.58 restitution to the victim, First Union National Bank. This restitution amount represented the unpaid balance on three charged off loans at the time of sentencing ($4,154.23 for Maria and Jose Cardoza; $9,162.59 for Jose Jimenez; $66,399.76 for Libardo Doria).

4. Mr. Mendoza has been making restitution payments according to a schedule worked out with the Probation Office. A periodic review by the Probation Office discovered a discrepancy between the amount of restitution ordered, and the current payoff amounts on the defaulted loans.

5. According to correspondence from First Union's successor in interest, Wachovia, substantial payments have been made on one of the defaulted loans by the borrower (Doria) subsequent to the entry of the restitution order. As of March 26, 2003, the total payoff amount for all three loans was $43,489.42 ($5,446.63 for Maria and Jose Cardoza; $9,331.73 for Jose Jimenez; $28,711.06 for Libardo Doria). Attached to this motion is a copy of a letter from Chris Golembe, Vice President and South Region Manager of Wachovia Bank, to Mr. Mendoza's Supervising Officer Harold Scott, reflecting these payoff amounts.

6. The Probation Office is unable to make a change in the restitution amount without a Court order. Accordingly, Defendant respectfully asks the Court to amend the restitution order entered in this case to reflect the payments made by the borrowers on the defaulted loans subsequent to the entry of the original order.

7. Counsel has discussed this matter with Robin Rosenbaum, the Assistant United States Attorney handling this matter for the government, who authorized counsel to represent that the government does not object to the granting of the relief requested in this motion. USPO Harold Scott, Defendant's supervising officer, also has no objection to the requested relief.

WHEREFORE, for all the above reasons, Defendant respectfully asks the Court to amend the previously entered restitution order to a total of $43,489.42 to reflect subsequent payments by the borrowers.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
 Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
One East Broward Blvd., Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 8th day of July, 2003, to Assistant United States Attorney Robin Rosenbaum, 299 East Broward Boulevard, Fort Lauderdale, Florida, 33301, and to United States Probation Officer Harold Scott, 299 East Broward Boulevard, Fort Lauderdale, Florida, 33301

_____
Patrick M. Hunt

Wachovia Corporation
Corporate Fraud Investigative Services,
FL6089
2400 East Atlantic Boulevard
Pompano Beach, FL 33062

Fax 954 788 5998





# WACHOVIA

Harrold Scott
US Probation
6100 Hollywood Blvd
Suite 501
Hollywood, Fl 33024

March 26, 2003

Re: Rene Mendoza

Pay off amount

Jose Jimenez
#01800668337
$9,331.73

Maria Cardoza
#01800808993
$5,446.63

Libardo Doria
Bankrupt #01500809001
$28,711.06
Payments were being made

Chris Golembe
Vice President, South Region Manager
Corporate Fraud Investigative Services
PO Box 1000
Pompano Beach, Fl 33061
Mail Code FL6089
954-788-5911
Fax 954-788-5998