UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  00-6072-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.

                             ORDER

RENE MENDOZA

    Defendant

_____

    THIS MATTER is before the Court upon Defendant's Unopposed Motion for Adjustment of Restitution Amount, (D.E. 31). Court having reviewed the Court file and being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that the aforementioned Motion is hereby GRANTED. The Restitution Amount is reduced from $79,716.58 to $43,489.42.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _24th_ day of July, 2003.

WILLIAM J. ZLOCH
Chief United States District Judge

cc:   Robin Rosenbaum, Esq., AUSA
      Patrick Hunt, Esq.
      Harold Scott, U.S. Probation