PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 65594

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6072-CR-ZLOCH

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

FILED by _____ D.C.

MAR 3 0 2005

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

Name of Offender:   Rene Mendoza

Name of Sentencing Judicial Officer:   The Honorable William J. Zloch, Chief U.S. District Court Judge, Ft. Lauderdale, Florida

Date of Original Sentence:  March 16, 2001

| | |
|---|---|
| Original Offense: | Count 1:  Making a False Statement on a Loan Application, 18 U.S.C. § 1014, A Class B Felony. |
| Original Sentence: | Five months custody of the U.S. Bureau of Prisons; upon release from imprisonment, the defendant shall be on supervised release for a term of five years.  Special Conditions of supervision: 1) Participate in Home Detention Electronic Monitoring Program for a period of 150 days. 2) Provide complete access to financial information, including disclosure of all business and personal finances to the USPO. 3) Defendant shall not incur any further debt, lines of credit or credit card charges without first obtaining prior written permission from the USPO.  4) Restitution in the amount of $79,716.58. 7-24-2003 reduced to $43,489.42. |

Type of Supervision: Supervised Release           Date Supervision Commenced: March 16, 2001

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.  
[X]    To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $500 per month until such time as the Court may alter that payment schedule in the interest of justice.  The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of the restitution and report to the Court any material change in the defendant's ability to pay.**

### CAUSE

The defendant was court-ordered to make restitution payments totaling $79,716.58.  At one point during supervision, the defendant was unemployed, therefore, his payments were $25 per month. On July 24, 2003, the defendant's restitution was reduced from $79,716.58 to $43,489.42, based on documentation provided that indicated that some of the notes had been satisfied.

On March 22, 2005, Assistant Public Defender Patrick Hunt filed a motion on behalf of the offender requesting restitution be reduced to $5,446.63.  This motion is based upon the discovery that



PROB 12B                                                                 SD/FL PACTS No. 65594
(SD/FL 9/96)

two of the loans have been satisfied by the debtors. This information was verified by Mr. Hunt on March 14, 2005 via contact with Wachovia Bank. The United States Probation Office concurs with the motion filed by Assistant Public Defender Patrick Hunt to reduce the restitution debt previously entered to a total of $5,446.63.

A financial investigation was conducted by the U.S. Probation Officer to determine the defendant's ability to make monthly restitution payments. Based on that information, it was determined that the defendant will be able to pay $500 per month towards restitution. As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action, modifying the conditions of supervision as indicated above.

A recent United States Court of Appeals 11th Circuit Decision, United States vs. David Prouty, determined that the setting of a schedule for payment of restitution is a Court judicial function under the Mandatory Victim's Restitution Act, and the District Court may not delegate it's discretion to the U.S Probation Officer, pursuant to Title 18, U.S.C. § 3664(f).

Pursuant to that decision, it is requested that Your Honor sign the attached Petition for Supervised Release Action, modifying the conditions of supervised release as cited above. Mr. Mendoza has been advised of his rights relative to the modification of the terms of supervised release, and has agreed to the proposed modification. He has signed a waiver to legal counsel and a hearing in this matter, as evidenced by the attached signed Waiver of Hearing, Probation Form 49.

Respectfully submitted,

by

Ann M. Roman
U.S. Probation Officer
Phone: 954-769-5509
Date: March 21, 2004

REVIEWED BY: 
Carolyn M. Gamble, Supervising
U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

3/29/05
Date