UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6072-CR-ZLOCH



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                         **O R D E R**

RENE MENDOZA,

    Defendant.
_____/

THIS MATTER is before the Court upon the Defendant Rene Mendoza's Unopposed Motion For Adjustment Of Restitution Amount (DE 33). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the aforementioned Defendant's Unopposed Motion For Adjustment Of Restitution Amount (DE 33) be and the same is hereby **DENIED** as moot pursuant to this Court's Order (DE 34).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _26th_ day of April, 2005.

                                              WILLIAM J. ZLOCH
                                              Chief United States District Judge

Copies furnished:
Robin Rosenbaum, Esq., AUSA
Patrick M. Hunt, Esq., AFPD
Ann Roman, U.S. Probation Officer